FILED CLERK, U.S. DISTRICT COURT
MAY 18 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 15MJ921 |
| v. | CR 15-00106-002-EJD |
| ZHANG DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint **R. DARREN CORNFORTH**, Esquire, as my attorney to appear for me throughout all proceedings in this case.

05/18/2015
Date

_____ (signature)
Defendant's Signature

LA, CA
City and State

## APPEARANCE OF COUNSEL

I, **R. DARREN CORNFORTH** Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

5-18-15
Date

RD Cornforth
Attorney's Signature

201919
California State Bar Number

2112 WALNUT GROVE
Street Address

ROSEMEAD, CA 91770
City, State, Zip Code

626 280-6000
Telephone Number

626 280-1100
Fax Number

rdcornforth@yahoo
E-mail Address

---

CR-14 (01/07)      **DESIGNATION AND APPEARANCE OF COUNSEL**