U.S. Department of Homeland Security

# Notice and Order of Expedited Removal

## DETERMINATION OF INADMISSIBILITY

Event Number :SFR1507000351 File No: A208 082 689

SIGMA Event: 4111113 Date: July 13, 2015

In the Matter of: HAO ZHANG

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☐ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☒ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1) On May 16, 2015, you arrived to the United States at the Los Angeles International Airport. At that time, you were paroled into the United States due to an active warrant issued for your arrest by the United States District Court for the Northern District of California, San Jose Division. On or about May 20, 2015, the United States Department of State revoked your B1/B2 nonimmigrant visa, foil number J5591933. You by your own admission, stated that you are a citizen of the People's Republic of China and not in possession of a valid unexpired visa, reentry permit, border crossing card, or other entry document required to enter, reside or pass through the United States.

...(CONTINUED ON I-831)

JANET A. BAILEY
CBP ENFORCEMENT OFFICER
Name and title of immigration officer (Print)

Signature of immigration officer

## ORDER OF REMOVAL UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

JANET A. BAILEY
CBP ENFORCEMENT OFFICER
Name and title of immigration officer (Print)

Signature of immigration officer

FRANCISCO AGUIRRE
CHIEF SUPERVISORY CBP OFFICER
Name and title of supervisor (Print)

Signature of supervisor, if available

☒ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

## CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on July 13, 2015 (Date)

JANET A. BAILEY
CBP ENFORCEMENT OFFICER
Signature of immigration officer

Notice and Order of Expedited Removal

DETERMINATION OF INADMISSIBILITY

ORDER OF REMOVAL UNDER SECTION 235(b)(1) OF THE ACT

07/13/15

CERTIFICATE OF SERVICE

U.S. Department of Homeland Security

Continuation Page for Form I-860

| Alien's Name | File Number A208 082 689 | Date |
|---|---|---|
| HAO ZHANG | SIGMA Event: 4111113<br>Event No: SFR1507000351 | July 13, 2015 |

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:

==========================================================================================

212(a)(7)(B)(i)(II) of the Immigration and Nationality Act, as amended, as a nonimmigrant who is not in possession of a valid nonimmigrant visa or border crossing identification card at the time of application for admission.

| Signature | Title |
|---|---|
| [signature] JANET A. BAILEY | CBP ENFORCEMENT OFFICER |

2 of 2 Pages

Form I-831 Continuation Page (Rev. 08/01/07)