1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-cr-00106 EJD (NC) |
| Plaintiff, | ORDER FOR ARREST OF DEFENDANT HAO ZHANG; AND ORDER TO APPEAR JULY 28, 2015 11:00 A.M. |
| v. | |
| HAO ZHANG, | |
| Defendant. | |

Based upon the facts presented today concerning the Supplemental Release Order, Dkt. No. 23, in the interest of justice, the Court orders the arrest of defendant Hao Zhang and directs the U.S. Marshals Service to return defendant Zhang to this Court to next appear July 28, 2015, 11:00 a.m. in San Jose Courtroom 7, to appear for a review of the release conditions. In order to effectuate this order, the U.S. Attorney must immediately file a proposed writ directed to the jail in Yuba County where defendant Zhang is held.

IT IS SO ORDERED.

Date: July 21, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 15-cr-00106 EJD (NC)