# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HAO ZHANG,<br><br>    Defendant. | Case No. 15-cr-00106 EJD (NC)<br><br>ORDER RE: JULY 16, 2015 LETTER |

Counsel for the defendant Hao Zhang sent a letter to the Court (copying government counsel among others) dated July 16, 2015, concerning the custody status of the defendant. The letter was not filed in ECF and does not appear in the public docket. If there is a basis to seal the letter or part of it, defendant must file a motion to seal by July 22. Otherwise, the Clerk of Court is ordered to file the letter as part of the record.

Future requests for relief should be made by motion and proposed order filed in ECF.

IT IS SO ORDERED.

Date: July 21, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 15-cr-00106 EJD (NC)