1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  MATTHEW A. PARRELLA (NYBN 2040855)
   Assistant United States Attorney
5
6  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
7  Telephone: (408) 535-5042
   FAX: (408) 535-5061
   Matthew.parrella@usdoj.gov
8
9  Attorneys for United States of America



10                  UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12                         SAN JOSE DIVISION

13
14 | UNITED STATES OF AMERICA, | ) CASE NO. CR-15-00106 EJD
                               ) 
15 |          Plaintiff,       ) **PETITION FOR AND WRIT OF HABEAS**
                               ) **CORPUS AD PROSEQUENDUM AND**
16 |     v.                    ) [PROPOSED] **ORDER**
                               )
17 | HAO ZHANG,                ) DATE: July 28, 2015
                               ) TIME: 11:00 a.m.
18 |          Defendant.       )
                               ) Before The Honorable Nathanael Cousins
                                 United States Magistrate Judge
19

20       TO:     The Honorable Nathanael M. Cousins, United States Magistrate Judge of the United
21 States District Court for the Northern District of California:
22       The United States of America, by and through its attorneys, Melinda Haag, United States
23 Attorney for the Northern District of California, and Matthew A. Parrella and David R. Callaway,
24 Assistant United States Attorneys, hereby petitions and respectfully requests that this Court issue a Writ
25 of Habeas Corpus Ad Prosequendum for the person of HAO ZHANG, whose place of custody and jailor
26 are set forth in the requested Writ attached hereto.
27       On July 21, 2015, this Court issued an "Order for Arrest of Defendant Hao Zhang," (Doc. 30)
28 ordering the arrest of Zhang and directing the United States Marshals Service to return the defendant to

PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Court in San Jose on July 28, 2015 at 11:00 a.m. That Order also directed the United States Attorney to file proposed writ directed to the Yuba County jail to accomplish the defendant's production. This "Petition For And Writ Of Habeas Corpus Ad Prosequendum And [Proposed] Order" is the government's response in accord with the court's order.

WHEREFORE, your petitioner prays that this Honorable Court forthwith order that the attached Writ of Habeas Corpus Ad Prosequendum issue as presented.

Respectfully submitted,

MELINDA HAAG
United States Attorney

DATED: July 20, 2015

/s/
MATTHEW A. PARRELLA
Assistant United States Attorney

### [PROPOSED] ORDER

Based upon the application of the United States Attorney set forth above, and good cause appearing therefore, the application for a petition directing the issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of HAO ZHANG, in accordance with that petition, is granted.

IT IS SO ORDERED.

DATED: July 21, 2015

NATHANAEL M. COUSINS
United States Magistrate Judge

PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: DONALD O'KEEFE, United States Marshal, Northern District of California, and/or any of his authorized deputies; any other appropriate federal law enforcement officer; and Jailor, Monterey County, California

GREETINGS

We command that on July 28, 2015, 2015, at 11:00 a.m., or as soon thereafter as possible, you have and produce the body of HAO ZHANG, D/O/B             USMS # 69040-112, FBI # 161397FH9, Alien # A208 082 689, in your custody at the U.S. Marshals Office, 280 S. First Street, San Jose, California, from the Yuba County Jail, 215 5th Street, Suite 150, Marysville, CA 95901, to appear before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Nathanael M. Cousins, United States Magistrate Judge, 280 South First Street, San Jose, California, Fourth Floor, Courtroom Seven, in order that HAO ZHANG may then continue to respond to the charges pending against him in this district in CR 15-00106 EJD, and that you thereafter abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

WITNESS the Honorable Nathanael M. Cousins, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: JUL 2 2 2015

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM