Thomas J. Nolan (CA SBN 48413)
Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON BRADFORD & OLMOS LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704

Michael Brown (GA SBN 088875)
William Mitchelson (CA SBN 124066)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309
Tel. (404) 881-7000
Fax (404) 881-7777

Yitai Hu (CA SBN 248085)
Lior Nuchi (CA SBN 131037)
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303
Tel. (650) 838-2000
Fax (650) 838-2001

Counsel for Defendant
Hao Zhang

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>   vs.<br><br>HAO ZHANG, ET AL.,<br><br>        Defendants. | Case No.: CR 15-00106 EJD<br><br>**DEFENDANT'S UNOPPOSED REQUEST FOR ONE-TIME MODIFICATION OF RELEASE CONDITIONS** |

Defendant hereby submits this unopposed, one-time request to modify Defendant's release conditions to permit him to attend a Lunar New Year celebration on the evening of February 7, 2016, from 3:00 p.m. to 10:00 p.m., at the home of his attorney Yitai Hu in Menlo Park, California.

Defense counsel has spoken with Assistant US Attorney Matthew Parrella, who has stated that he does not opposed this request.

Defense counsel has also spoken with Mr. Zhang's Pretrial Services officer, Kim Do, who does not oppose this modification. However, the Pretrial Services Office requested that this modification be formalized through a Court order.

Defendant submits a proposed order accompanying this request.

Dated: February 5, 2015                              NOLAN BARTON BRADFORD & OLMOS LLP


                                                                        /S/
                                                     Daniel B. Olmos
                                                     Attorney for Defendant Hao Zhang

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>             Plaintiff,<br><br>     v.<br><br>HAO ZHANG, ET AL.,<br><br>             Defendants. | Case No.: CR 15-00106 EJD<br><br>**[PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Zhang's release conditions shall be modified to permit him to attend a Lunar New Year celebration the evening of February 7, 2016, from 3:00 p.m. to 10:00 p.m. in Menlo Park, California, at the home of his attorney, Yitai Hu. All other conditions of release shall remain the same.

Dated: _____

The Hon. Edward J. Davila
United States District Judge