# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>              Plaintiff,<br><br>   v.<br><br>HAO ZHANG, ET AL.,<br><br>              Defendants. | Case No.: CR 15-00106 EJD<br><br>[PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Zhang's release conditions shall be modified to permit him to attend a Lunar New Year celebration the evening of February 7, 2016, from 3:00 p.m. to 10:00 p.m. in Menlo Park, California, at the home of his attorney, Yitai Hu.  All other conditions of release shall remain the same.

Dated:    February 7, 2016

_____
The Hon. Edward J. Davila
United States District Judge