Building B, Truth Plaza<br>
No7 Zhichun Road, Haidian District<br>
Beijing, China 10091<br>
April 25, 2016

Richard W. Wieking,
Northern California Division of U.S. District Court
Robert F. Peckham Federal Building & United States Courthouse
280 South 1st Street, Room 2112
San Jose, CA 95113

FILED
APR 28 2016
ANY SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RE: CASE NO. CR-15-00106 EJD

Dear Mr. Wieking,

As a law-abiding professional in IC technology, I would like to report you some important incidents related to the cited indictment I found you submitted to the U.S. District Court. Those incidents happened recently and had many people involved from at least three companies, among which two are well-known, RDA Microelectronics (RDA) and Semiconductor Manufacturing International Corporation (SMIC) and the other, ROFS Microsystems, the Tianjing company which the famous figures, Mr. Hao Zhang and Wei Pang were in charge of. After observation over last few months, I was shocked to know that the intention and activities of these incidents were to take the process know-how and device designs on the well-known Avago's FBAR from ROFS to RDA and then RDA engaged with SMIC to install the process technology for RDA to fabricate "its" FBAR device products at SMIC. I realized the seriousness of those incidents as I know the well publicized story to the while IC industry in that Mr. Zhang and Mr. Pang were indicted by the U.S. government for stealing the trade secrets from Avago and Skyworks to ROFS Microsystems.

What happened first was that Mr. Bin Jia of RDA purposely recruited two key technical guys from ROFS, Mr. Ping Li and Mr. Nianchu (Rooney) Hu from RDA and lured them to join RDA roughly in last year to secretly work on the FBAR project. Later in last year, Mr. Jia led Mr. Li and Hu to approach SMIC, claiming that RDA

had developed its "own" FBAR technology and wanted to transfer its "own" FBAR process to SMIC so SMIC could do FBAR MEMS wafer manufacturing for RDA. In fact, Mr. Li and Hu claimed they had the complete process flow, including equipments and process recipes, to make their "own" FBAR, which I suspected they stole from ROFS. And furthermore, Mr. Li and Mr. Hu had provided such important process information and know-how to SMIC and claimed that SMIC had looked at the received information and could install such process for RDA to tape out FBAR product designs in half year and to run wafer fabrication in roughly one year. Recalling from memory, there might be four to five people from SMIC, including Mr. Wu and Mr. Li from business side plus Mr. Liu and Mr. Chen maybe from technical side. Mr. Jia, Li and Hu at RDA had been actively but secretly collaborated with those SMIC people at least till the beginning of this year.

I also heard Mr. Pang from ROFS was very upset because Mr. Li and Hu "stole" ROFS' trade secrets and technology information to join RDA and maybe sent warning letters to RDA. However, such serious incidents and facts were somehow ignored at RDA's management and Mr. Jia continued to claim "we had developed our own BAW filter technology".

Again, as a law-abiding professional in IC technology for years, I cannot from the bottom of my heart witness these incidents but ignore them. I sincerely hope my short report to you might help somehow stopping such unprofessional, illegal activities so to build good manners and rules to the China IC industry and professional field. I sincerely hope what I provided would be valuable to you.

Sincerely yours,

*Y. C. Wang*

Y.C.



贴 邮
票 处

From Y.E.
Building B, Truth Plaza
No. 7 Zhichuen Rd, Haidian
Beijing, China 10091

Richard W. Wieking,

Northern California Division of U.S. District Court

Robert F. Peckham Federal Building & United States Courthouse

280 South 1st Street, Room 2112

San Jose, CA 95113

USA



上海邮政印刷包装厂印制
印室：50000枚
2015年2月出厂
☏ 021-66092514
上海市邮政管理局监制
20-H008-C5 国内信封