Thomas J. Nolan (CA SBN 48413)
Daniel B. Olmos (CA SBN 235319)
Jonathan Baum (CA SBN 303469)
NOLAN BARTON BRADFORD & OLMOS LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Hao Zhang

Michael Brown (GA SBN 088875)
William Mitchelson (CA SBN 124066)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309
Tel. (404) 881-7000
Fax (404) 881-7777

Yitai Hu (CA SBN 248085)
Lior Nuchi (CA SBN 131037)
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA  94303
Tel. (650) 838-2000
Fax (650) 838-2001

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>     vs.<br><br>HAO ZHANG, ET AL.,<br><br>                    Defendants. | Case No.: CR 15-00106 EJD<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Date:  June 20, 2016<br>Time:  1:30 p.m. |

The parties in the above-entitled action hereby submit this joint status conference statement to assist the Court with respect to the June 20, 2016 status conference.  At the previous status conference before this Court on March 7, 2016, the Court ordered that this joint statement be filed no later than June 13, 2016.

The parties continue to be engaged in the discovery process.  In the weeks leading up to this hearing, the Government has produced additional discovery, which includes translations of emails and documents.

In addition, the parties continue to meet and confer regarding the emails of Avago Technologies company employees that the Government is permitting defense counsel to review only at one secured computer terminal at the FBI field office in Palo Alto, CA.  The parties reached an agreement on a process for reviewing and printing the emails of Avago Technologies company employees, the terms of which are memorialized in a sealed filing under Docket 47 in this case. The defense has spent approximately 25 hours at the FBI field office reviewing these emails.  Ongoing access to these emails is necessary for defense counsel to continue their review.

In addition, the defense has initiated third-party discovery pursuant to Federal Rule of Criminal Procedure 17(c).  Issues related to the Rule 17(c) discovery process are currently being litigated before the Magistrate Judge.

Defendant Zhang remains in good standing with Pretrial Services.  He is subject to GPS monitoring at a residence in Mountain View, CA.  On May 24, 2016, Magistrate Judge Cousins signed an order permitting Prof. Zhang to leave the property between the hours of 9:00 a.m. and 6:00 p.m. each day to conduct lawful activity.

Defense counsel has also been in contact with Defendant Zhang's employer, Tianjin University, regarding the possibility of seeking Pretrial Services' approval for an arrangement that would allow Defendant Zhang to resume teaching a small number of his students who are studying topics unrelated to the technology at issue in this case.  This teaching would be done by email, phone, or video conference, and would be subject to monitoring by Pretrial Services.  Defense counsel expects to develop a more detailed proposal and present it to Pretrial Services in the coming weeks.

Due to the volume of discovery produced by the Government and the defense team's need to review that discovery and conduct additional investigation and preparation, the parties anticipate that, at the at the June 20, 2016, status conference, they will jointly request that this Court set a

further status conference in approximately 90 days, and to exclude time pursuant to the Speedy Trial Act for that time period.

Dated: June 13, 2016               NOLAN BARTON BRADFORD & OLMOS LLP


                                   _____/S/_____
                                   Thomas J. Nolan
                                   Attorney for Defendant Hao Zhang


Dated: June 13, 2016


                                   _____/S/_____
                                   Matthew A. Parrella
                                   Assistant United States Attorney