1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYBN 2040855)
   MICHELLE J. KANE (CABN 210579)
5  Assistant United States Attorneys

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5061
       FAX: (408) 535-5066
8      matthew.parrella@usdoj.gov

9  Attorneys for the United States of America

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,           ) CASE NO. CR 15-00106 EJD
14                                     )
           Plaintiff,                  ) DECLARATION OF MATTHEW A. PARRELLA
15                                     ) IN SUPPORT OF UNITED STATES' OPPOSITION
       v.                              ) TO DEFENDANT'S MOTION FOR BILL OF
16                                     ) PARTICULARS.
   HAO ZHANG,                          )
17                                     ) Hearing Date: September 26, 2016
           Defendant.                  ) Time: 1:30 p.m.
18                                     ) Court: Courtroom No. 4
                                       ) Hon. Edward J. Davila
19                                     )
                                       )
20 _____)

21         I, Matthew A. Parrella, hereby declare:

22     1.  I am an Assistant United States Attorney for the Northern District of California.

23     2.  I make this supplemental declaration in connection with the United States' Opposition to

24         Defendant's Motion for Bill of Particulars. Accordingly, this declaration is limited to certain

25         facts concerning that motion, and does not include all the information I know about this case.

26     3.  I have reviewed defendant's Motion and the documents filed in support thereof.

27     4.  The government has provided discovery to defendant. Attached at Exhibit 1 is a true and

28         correct copy of a summary of the discovery described above, with the dates of production

PARRELLA DECL.
CR 15-00106 EJD

and descriptions. Most of these descriptions were previously furnished to defendant in letters accompanying the productions.

5. On August 19, 2015, United States Magistrate Judge Howard R. Lloyd signed a Stipulated Interim Protective Order ("SIPO")(ECF No. 46), enabling the government to disclose confidential and trade secrets information to defendant as part of discovery.

6. The government produced technical documents from Avago Technologies and Skyworks Solutions that contain confidential and trade secret information. These items were produced subject to the SIPO.

7. Although discovery in a criminal case is always ongoing, the government at this point has produced all of the documentary evidence in its possession that it intends to use in its case-in-chief at trial.

8. On April 20, 2012, Avago provided the FBI with a hard drive that contained what Avago represented was a copy of the server that held the entire email accounts of Wei Pang and other Avago employees ("the Avago email server"). This hard drive contained a vast amount of material that was beyond the scope of discovery under Rule 16, but the government made the entire hard drive available for review by the defense beginning on October 8, 2015. In response to defense counsel complaints about the speed of the FBI computers, the Silicon Valley Regional Computer Forensics Lab built a new computer housing the Avago email server, which was made available to defense counsel beginning on December 8, 2015. Since that time, defense counsel has had unlimited access to that computer and reviewed it numerous times.

9. Counsel for defendant Zhang contacted me in July 2016 to discuss a briefing schedule for the instant motion. We also discussed defense counsel's difficulties accessing the image of defendant's cell phone. On August 19, 2016, in the most recent production, the government provided a new copy of the cell phone image, this time copied to a hard drive. It should be noted that the contents of the defendant's cell phone form no part of the defendant's motion for a bill of particulars, and the government has not alleged that any Avago or Skyworks trade secrets were contained on that cell phone.

10. As of the filing of this declaration, defense counsel has not asked to confer regarding the particulars of the Superseding Indictment or asked the government any questions regarding the identification of particular information as trade secrets or the contents of the discovery.

11. As of the filing of this declaration, the government has not received a supplemental discovery request from defendant Zhang.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed at San Jose, Santa Clara County, California, on August 26, 2016.

MATTHEW A. PARRELLA
Assistant United States Attorney

PARRELLA DECL.
CR 15-00106 EJD                                3

# Exhibit 1

DECL. OF MATTHEW A. PARRELLA
EXHIBIT 1
CR 15-00106 EJD

# United States v. Zhang et al.
# CR-15-00106 EJD

## DISCOVERY PRODUCTION INDEX

| BATES- BEG | BATES- END | DESCRIPTION | DATE PRODUCED |
|---|---|---|---|
| 0000001 | 0001022 | Various FBI Reports with Attachments | 8/24/15 |
| 0001023 | 0001024 | Hard Drive from Avago | 8/24/15 |
| 0001025 | 0001637 | Various FBI Reports with Attachments | 8/24/15 |
| 0001638 | 0001638 | CD of Exhibits shown to Andy Weilert (12-6-12) | 8/24/15 |
| 0001638-000001 | 0001638-004299 | Contents individually bate stamped from CD bated 0001638 | 8/24/15 |
| 0001639 | 0001759 | Various FBI Reports with Attachments | 8/24/15 |
| 0001760 | 0001760 | CD of Exhibits shown to Andy Weilert (8-7-13) | 8/24/15 |
| 0001760-000001 | 0001760-030890 | Contents individually bate stamped from CD bated 0001760 | 8/24/15 |
| 0001761 | 0001796 | Various FBI Reports with Attachments | 8/24/15 |
| 0001797 | 0001797 | Copy of CD provided to Avago (11-25-13) | 8/24/15 |
| 0001797-000001 | 0001797-000380 | Contents individually bate stamped from CD | 8/24/15 |
| 0001798 | 0002087 | Various FBI Reports with Attachments | 8/24/15 |
| 0002088 | 0002088 | Copy of CD provided to Avago (2-5-14) | 8/24/15 |
| 0002089 | 0002230 | Various FBI Reports with Attachments | 8/24/15 |
| 0002231 | 0002231 | Exhibits shown to Andy Weilert prior to Grand Jury Testimony | 8/24/15 |
| 0002232 | 0002232 | Exhibits shown to Andy Weilert prior to Grand Jury Testimony | 8/24/15 |
| 0002233 | 0003001 | Various FBI Reports with Attachments | 8/24/15 |
| 0003002 | 0003002 | CD- Email attachment from Floyd Anderson (5-8-12) | 8/24/15 |
| 0003003 | 0003003 | CD- Email attachment from Floyd Anderson (3-19-12) | 8/24/15 |
| 0003004 | 0003004 | CD- Email attachment from Floyd Anderson (1-23-12) | 8/24/15 |
| 0003005 | 0003023 | Various FBI Reports with Attachments | 8/24/15 |
| 0003024 | 0003024 | Video Interview of Hao Zhang | 8/24/15 |
| 0003025 | 0003025 | Audio Interview of Hao Zhang | 8/24/15 |

DECL. OF MATTHEW A. PARRELLA
EXHIBIT 1
CR 15-00106 EJD

| BATES- BEG | BATES- END | DESCRIPTION | DATE PRODUCED |
|---|---|---|---|
| 0003026 | 0003700 | Various FBI Reports with Attachments | 8/24/15 |
| 0002088-000001 | 0002088-006743 | Copy of CD provided to Avago (2-5-14) | 9/21/15 |
| 0003002-000001 | 0003002-000041 | CD- Email attachment from Floyd Anderson (5-8-12) | 9/21/15 |
| 0003003-000001 | 0003003-003268 | CD- Email attachment from Floyd Anderson (3-19-12) | 9/21/15 |
| 0003004-000001 | 0003004-000061 | CD- Email attachment from Floyd Anderson (1-23-12) | 9/21/15 |
| 0003701 | 0003749 | Google- Search Warrant Application and Affidavit re: sky.hao.zhang@gmail.com and winteryan@gmail.com; Search Warrant Return | 9/21/15 |
| 0003750 | 0003750 | FBI Report re: Thumb Drive from Google | 9/21/15 |
| 0003751 | 0003752 | Letter from Google re: Search Warrant | 9/21/15 |
| 0003753 | 0003753 | Google- Search Warrant Results re: sky.hao.zhang@gmail.com and winteryan@gmail.com | 9/21/15 |
| 0003754 | 0003807 | Google- Search Warrant Application and Affidavit re: mail.zhouchong@gmail.com, nianchu.hu@gmail.com, weipang@novantech.com and Cloud Account: https://google.com/novanatech.com; Search Warrant Return | 9/21/15 |
| 0003808 | 0003808 | FBI Report re: Google Response to Search Warrant | 9/21/15 |
| 0003809 | 0003812 | Google Search Warrant Results re: mail.zhouchong@gmail.com, nianchu.hu@gmail.com, weipang@novantech.com and Cloud Account: https://google.com/novanatech.com | 9/21/15 |
| 0003813 | 0003813 | Google Search Warrant Results | 9/21/15 |
| 0003814 | 0003886 | Search Warrant Application and Affidavit re: E-mail accounts Controlled by Yahoo!, Inc., Google, Inc., MSN Hotmail, The University of Southern California, and The Massachusetts Institute of Technology | 9/21/15 |

DECL. OF MATTHEW A. PARRELLA
EXHIBIT 1
CR 15-00106 EJD                         2

| BATES- BEG | BATES- END | DESCRIPTION | DATE PRODUCED |
|---|---|---|---|
| | | Re: Alleged Theft of Trade Secrets from Avago Technologies; Search Warrant Return | |
| 0003887 | 0003887 | FBI Report re: Search Warrant response from Google | 9/21/15 |
| 0003888 | 0003890 | Letter from Google re: Search Warrant | 9/21/15 |
| 0003891 | 0003891 | Google Search Warrant Results re: Sky.Hao.Zhang Account | 9/21/15 |
| 0003892 | 0003965 | Search Warrant Application and Affidavit for Search Warrant re: E-mail accounts Controlled by Yahoo!, Inc., Google, Inc., MSN Hotmail, The University of Southern California, and The Massachusetts Institute of Technology Re: Alleged Theft of Trade Secrets from Avago Technologies; Search Warrant Return | 9/21/15 |
| 0003966 | 0003966 | FBI Report re: Massachusetts Institute of Technology (MIT) response to Search Warrant; Provided DVD | 9/21/15 |
| 0003967 | 0003968 | Ex Parte Application for Sealing Order and Order | 9/21/15 |
| 0003969 | 0003974 | MIT Search Warrant Email exchange between David A. Suski and S/A Heather Young | 9/21/15 |
| 0003975 | 0003975 | MIT Search Warrant Response results | 9/21/15 |
| 0003976 | 0003982 | Search Warrant Return re: pangwei_2001@hotmail.com | 9/21/15 |
| 0003983 | 0003983 | FBI Report re: Search Warrant review records and content pertaining warrant email address: pangwei_2001.com | 9/21/15 |
| 0003984 | 0004019 | Search Warrant Application and Affidavit for Search Warrant re: Email account- pangwei_2001@hotmail.com stored on the servers of Microsoft, at 1065 La Avendia, Building 4, Mountain View, CA; Sealing Order | 9/21/15 |
| 0004020 | 0004020 | Email Correspondence between Evelyn Blackwell and S/A Richard Smith re: Microsoft Response to Search Warrant | 9/21/15 |
| 0004021 | 0004021 | MSN/ Hotmail Search Warrant Results re:Dangwei2001@hotmail.com | 9/21/15 |
| 0004022 | 0004086 | Search Warrant Application and | 9/21/15 |

| BATES- BEG | BATES- END | DESCRIPTION | DATE PRODUCED |
|---|---|---|---|
| | | Affidavit for Search Warrant re: E-mail accounts Controlled by Yahoo, Google, MSN Hotmail, The University of Southern California and The Massachusetts Institute of Technology re: Alleged Theft of Trade Secrets from Avago Technologies; Search Warrant Return | |
| 0004087 | 0004088 | Ex Parte Application for Sealing Order and Order | 9/21/15 |
| 0004089 | 0004095 | Search Warrant re: E-mail accounts Pangwei_2001@hotmail.com and L_zhang@hotmail.com, controlled by Microsoft Corporation, 1 Microsoft Way, Redmond, WA 98052 | 9/21/15 |
| 0004096 | 0004096 | FBI Report re: Search Warrant issued- Microsoft Corporation's MSN Hotmail for email accounts: pangwei_2001@hotmail.com and L__zhang@hotmail.com | 9/21/15 |
| 0004097 | 0004101 | Email Correspondence between Microsoft and S/A Heather Young re: Search Warrant Results | 9/21/15 |
| 0004102 | 0004102 | Hotmail Search Warrant Response | 9/21/15 |
| 0004103 | 0004103 | Hotmail Search Warrant Response | 9/21/15 |
| 0004104 | 0004176 | Search Warrant Application and Affidavit re: E-mail accounts Controlled by Yahoo!, Inc., Google, Inc., MSN Hotmail, The University of Southern California, and The Massachusetts Institute of Technology Re: Alleged Theft of Trade Secrets from Avago Technologies; Search Warrant Return | 9/21/15 |
| 0004177 | 0004178 | Ex Parte Application for Sealing Order and Order | 9/21/15 |
| 0004179 | 0004179 | FBI Report re: USC provided one CD containing information response to the search warranted for e-mail account linzhang@usc.edu | 9/21/15 |
| 0004180 | 0004232 | Application and Affidavit for Search Warrant re: fbar_china@yahoo.com; huisuizh@yahoo.com, | 9/21/15 |

| BATES- BEG | BATES- END | DESCRIPTION | DATE PRODUCED |
|---|---|---|---|
|  |  | hiuip@sbcglobal.net; ellick_ma@yahoo.com; steelzhaw@yahoo.com; and fgeefay@yahoo.com stored on serves of Yahoo, Inc., at 701 First Ave, Sunnyvale, CA 94089; Sealing Order and Search Warrant Return |  |
| 0004233 | 0004233 | FBI Report re: Yahoo, provided a thumb drive, a signed statement, and account records in response to the search warrant | 9/21/15 |
| 0004234 | 0004262 | Yahoo Correspondence re: Search Warrant request for subscriber information fbar_china@yahoo.com, et al. | 9/21/15 |
| 0004263 | 0004263 | Yahoo Search Warrant Results | 9/21/15 |
| 0004264 | 0004314 | Application and Affidavit for Search Warrant re: pangwei20000@yahoo.com and tongzhao_2001.com; Order of the Court Sealing Search Warrant, Affidavit, and Application in Support thereof (Underseal); Search Warrant Return | 9/21/15 |
| 0004315 | 0004315 | FBI Report re: Yahoo Search warrant response and return | 9/21/15 |
| 0004316 | 0004319 | Yahoo Correspondence re: Search Warrant request for subscriber information pangwei20000@yahoo.com, et al. | 9/21/15 |
| 0004320 | 0004320 | Yahoo Search Warrant Response | 9/21/15 |
| 0004321 | 0004394 | Search Warrant Application and Affidavit for Search Warrant re: E-mail accounts Controlled by Yahoo!, Inc., Google, Inc., MSN Hotmail, The University of Southern California, and The Massachusetts Institute of Technology Re: Alleged Theft of Trade Secrets from Avago Technologies; Search Warrant Return | 9/21/15 |
| 0004395 | 0004395 | FBI Report re: Search warrant response DVD Provided by Yahoo! | 9/21/15 |
| 0004396 | 0004398 | Yahoo Correspondence re: Search Warrant Request for pangwei2000@yahoo.com, et al. | 9/21/15 |

DECL. OF MATTHEW A. PARRELLA
EXHIBIT 1
CR 15-00106 EJD                                5

| BATES- BEG | BATES- END | DESCRIPTION | DATE PRODUCED |
|---|---|---|---|
| 0004399 | 0004399 | Yahoo Search Warrant Response for jqyao1939129@yahoo.com.cn and chenjinping73@yahoo.com.cn | 9/21/15 |
| 00004400 | 0014446 | Various Subpoenaed Documents | 11/5/15 |
| Confidential-Email-0000001 | Confidential-Email-0004925 | Confidential Emails (3 GB) | 11/5/15 |
| 00007516 | 00007516 | Confidential .pst Files from Avago (Hard Drive) (718 MB) | 11/5/15 |
| 00014447 | 00015930 | Additional Discovery | 2/5/16 |
| 00002182 00002183 00002194 | 00002182 00002183 00002194 | Confidential Emails (3 CDs) (5 MB) | 2/5/16 |
| 00003024 | 00003025 | Hawk Video interview | 2/5/16 |
| 00003024-000001 | 00003024-000004 | 1B4 and 1B5 | 2/5/16 |
| 3753-000001 | 3753-001803 | Thumb Drive Hao Zhang | 2/5/16 |
| 3813-000001 | 3813-000001 | Google Search Warrant Response | 2/5/16 |
| 3891-000001 | 3891-000001 | Google Search Warrant Response | 2/5/16 |
| 4021-000001 | 4021-000001 | MSN Search Warrant Response | 2/5/16 |
| 4102-000001 | 4103-000001 | Hotmail Search Warrant Response | 2/5/16 |
| 4179-000001 | 4179-000001 | USC Search Warrant Response | 2/5/16 |
| 4263-000001 | 4263-000001 | Yahoo Thumb Drive | 2/5/16 |
| 4320-000001 | 4320-000001 | Yahoo Search Warrant Response | 2/5/16 |
| 4399-00001 | 4399-00001 | Yahoo Accounts | 2/5/16 |
| 00011645 | 00011645 | Hao Zhang Jail Calls | 2/5/16 |
| 15547-000001 | 15547-000005 | 5.16.15 Jose Gonzales | 2/5/16 |
| HARDDRIVE-000001 | HARDDRIVE-000001 | Various documents | 2/5/16 |
| 1023-000001 | 1023-000001 | Wei Main Experiments Folder | 2/10/16 |
| 1023-000002 | 1023-000002 | Wei Main R&D Folder | 2/10/16 |
| 1023-000003 | 1023-000003 | Patent Documents, Possible TS Invention Disclosure, Report, Pang IEEE Publication, Pang Resignation, Time Line, UNIX File | 2/10/16 |
| 1023-000004 | 1023-000004 | Wei Pang | 2/10/16 |
| 1023-000001 | 1023-000001 | Folder Names: Wei Main Experiments Folder, Wei Main R&D Folder, Patent Documents, Possible TS | 2/16/16 |

DECL. OF MATTHEW A. PARRELLA
EXHIBIT 1
CR 15-00106 EJD                     6

| BATES- BEG | BATES- END | DESCRIPTION | DATE PRODUCED |
|---|---|---|---|
| | | Invention Disclosure, Report, Pang IEEE Publication, Pang Resignation, Time Line, UNIX File, Wei Pang. | |
| 15548-000001 | 15548-000001 | Audio Zhang Interview | 2/16/16 |
| 15548-000002 | 15548-000002 | Evidence Chain of Custody | 2/16/16 |
| 3891-000001 | 3891-000001 | Google Search Warrant Response | 2/16/16 |
| 4021-000001 | 4021-000001 | MSN Search Warrant Response | 2/16/16 |
| 00003024 | 00003025 | Hawk Video interview | 2/16/16 |
| 00011645 | 00011645 | Hao Zhang Jail Calls | 2/16/16 |
| TRANSLATIONS-000001 | TRANSLATIONS-000267 | Verbatim and Final Translations of Emails and Various Documents | 5/27/16 |
| 0015931 | 0015934 | 302- 5.25.16 Interview of Hongyu Yu | 7/19/16 |
| CELLPHONE-000001 | CELLPHONE-000001 | Cell Phone Report for Galaxy Note II | 7/19/16 |
| CELLPHONE-000002 | CELLPHONE-000002 | Cell Phone Data acquired at LAX re Hao Zhang | 7/19/16 |
| CELLPHONE-000001 | CELLPHONE-000001 | Cell Phone Report for Galaxy Note II | 8/22/16 |
| CELLPHONE-000002 | CELLPHONE-000002 | Cell Phone Data acquired at LAX re Hao Zhang | 8/22/16 |