STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SHINING J. HSU (CABN 317917)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6570
    Shining.Hsu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-00106-002 EJD |
| Plaintiff, | |
| v. | |
| HAO ZHANG, | [PROPOSED] **DISPOSITION ORDER ON WRIT OF CONTINUING GARNISHMENT** |
| Defendant, | |
| FIDELITY INVESTMENTS, AS PLAN ADMINISTRATOR FOR SKYWORKS SOLUTIONS SAVINGS AND RETIREMENT401(K) PLAN | |
| Garnishee. | |

The United States has filed its Application for Disposition Order on Writ of Continuing Garnishment.

The Court finds that:

1. Judgment debtor and defendant, Hao Zhang (hereinafter "Defendant"), is indebted to Plaintiff, United States of America, in the original amount of $479,434.81, plus interest at the rate of 0.14% per annum, arising out of a Judgment entered on September 1, 2020, in the United States District

1  Court, Northern District of California in the above-captioned case. As of November 16, 2022, the
2  balance due on this debt was approximately $477,407.56.

3      2. The Court issued its Writ of Continuing Garnishment, directed to the Garnishee, Fidelity
4  Investments, as Plan Administrator for Skyworks Solutions Savings and Retirement 401(K) Plan, and
5  the Writ was served on the Garnishee.

6      3. The Garnishee filed an answer to the Writ indicating that at the time of the service of the
7  Writ, the Garnishee will owe the Defendant money in the foreseeable future. The payment type is
8  subject to both the provisions of the Internal Revenue Code of 1986, as amended and the Employee
9  Retirement Income Security Act of 1974, as amended. The vested account balance as of October 4,
10 2022, is $182,942.30.

11     4. On September 16, 2022, the Defendant was notified of his right to a hearing and to object
12 to the Garnishee's Answer. The Defendant has neither requested a hearing nor filed an objection to the
13 Garnishee's Answer, and the time to do so has expired.

14     Based on the foregoing, and for good cause shown,

15     IT IS HEREBY ORDERED that the Garnishee, Fidelity Investments, as Plan Administrator for
16 Skyworks Solutions Savings and Retirement 401(K) Plan, shall pay to the Plaintiff, by liquidating
17 Defendant's account to pay to Plaintiff until the judgment debt to Plaintiff is paid in full, until the
18 Garnishee no longer has possession, custody, or control of any property belonging to Defendant, or until
19 further Order of the Court.

22 Dated: November 18, 2022

THE HONARABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

[PROPOSED] DISPOSITION ORDER ON WRIT OF CONTINUE GARNISHMENT
CR 15-00106-002 EJD                                    2